# The Grand Rapids & Indiana Railroad Co. v. John Wright.

*Appeals from justice's courts: Payment of entry fee: Order nisi: Attorney fee: Dismissal.* Appellants in an appeal from a justice's court have the whole of the day on which the return is filed in which to make payment of the entry fee without being in default; and a dismissal grounded upon an order *nisi* made on the day the return was filed, requiring payment of the entry fee and of an attorney fee of five dollars, is unwarranted.

*Submitted on briefs and decided October 21.*

Error to Kent Circuit.

The justice's return to an appeal was taken by the appellee's attorney and filed, and an *ex parte* motion at once

made, upon the certificate of the clerk that the entry fee had not been paid, and an order *nisi* granted on the same day that the return was filed, requiring the appellant to pay the entry fee and an attorney fee of five dollars to the opposite party within fifteen days, or in default thereof that the appeal be dismissed. The appellant afterwards paid the entry fee, but declined to pay the attorney fee; and the order *nisi* was subsequently made absolute and the appeal dismissed. The appellant thereupon brought error.

*Hughes, O' Brien & Smiley,* for plaintiff in error.

*Emil A. Dapper,* for defendant in error.

PER CURIAM:

We think the court erred in grounding a dismissal upon non-compliance with an order *nisi* requiring payment of two dollars entry fee and five dollars attorney fee for Wright's attorney, and made on the day the justice's return was filed. The plaintiffs in error were entitled to the whole day to pay the entry fee in, and it was not competent to make their right of appeal depend on the payment of a fee to Wright's attorney in addition to the entry fee.

Order of dismissal reversed.